**IN THE UNTED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| KIMBERLY BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-0738-FJG |
| | ) |
| CREDIT CONTROL, L.L.C., | ) |
| Defendant. | ) |

**ORDER**

On December 12, 2017, the Court entered an Order to Show Cause in writing why this case should not be dismissed for failure to comply with the Orders of the Court. Specifically, on October 19, 2017, plaintiff informed the Court that the parties had reached a settlement in principle, and indicated that they believed the settlement would be documented and any remaining issues brought to the Court's attention within 30 days. See Doc. No. 3. On November 8, 2017, the Court entered an Order directing the parties to file a dismissal or status report discussing settlement progress on or before November 21, 2017. Order, Doc. No. 4. When no one timely-filed a stipulation of dismissal or status report, plaintiff was ordered to show cause in writing on or before December 12, 2017, why this case should not be dismissed for failure to comply with the orders of this court. Plaintiff was cautioned that failure to respond to this Order will result in this case being dismissed without further notice.

As of the date of this Order, plaintiff has failed to respond to the Court's Order to Show Cause (Doc. No. 5), as well as the Court's Order to file a stipulation of dismissal

or status report (Doc. No. 4).  Accordingly, this case is **DISMISSED WITH PREJUDICE** for failure to comply with the Orders of this Court.

    **IT IS SO ORDERED.**

Date:  December 14, 2017                  **/S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                       Fernando J. Gaitan, Jr.
                                               United States District Judge